```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 19575
   PAUL H WATSON
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-3482


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 10/23/07 and confirmed on 01/14/08.

    2.   The case was converted to Chapter 7 after confirmation, 04/23/2008.

    3.   The Debtor paid a total of $    550.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| AURORA FINANCE LOAN | SECURED VEHIC | 1500.00 | 8.84 | 194.43 |
| AURORA FINANCE LOAN | SECURED VEHIC | 2000.00 | 11.52 | 213.00 |
| KANE COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| AURORA EARTHMOVER CU | SECURED VEHIC | .00 | .00 | 97.18 |
| AURORA EARTHMOVER CU | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| TRINSIC RESIDENTIAL | UNSECURED | NOT FILED | .00 | .00 |
| UNIFUND CORP | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

```
         Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 3500.00 | .00 | .00 | .00 | 3500.00 |
| PRINCIPAL PAID | 504.61 | .00 | .00 | .00 | 504.61 |
| INTEREST PAID | 20.36 | .00 | .00 | .00 | 20.36 |
| TOTAL PAID | 524.97 | .00 | .00 | .00 | 524.97 |

The Debtor's attorney, LEGAL HELPERS PC, was allowed $ 3000.00 and was paid $ 1000.00 direct and $ .00 through the plan.

The Trustee received $ 25.03 .

Refunds to the Debtor totaled $ .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/21/08

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE